IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| TIMOTHY SCHMITZ,<br><br>Plaintiff,<br><br>v.<br><br>CLAUSEN SUPPLY CO., JOHN CLAUSEN, and KCAH, INC. d/b/a ALLSTAR STAFFING,<br><br>Defendants. | Case No. 14-cv-00004-JAJ<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff Timothy Schmitz and Defendant Clausen Supply Co., John Clausen, and KCAH, Inc. d/b/a Allstar Staffing, and hereby stipulate and agree that Plaintiff's Complaint shall be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: December 29, 2014

| | |
|---|---|
| FIEDLER & TIMMER, P.L.L.C. | NYEMASTER GOODE, P.C. |
| ___/s/ Brooke Timmer_____ | ___/s/ Mitchell R. Kunert___ |
| Brooke Timmer AT 0008821 | Mitchell R. Kunert |
| brooke@employmentlawiowa.com | mrkunert@nyemaster.com |
| Nathan Borland  AT0011802 | Frances M. Haas |
| nate@employmentlawiowa.com | fmhaas@nyemaster.com |
| 2900 – 100th Street, Suite 209 | 700 Walnut Street, Suite 1600 |
| Urbandale, IA 50322 | Des Moines, IA 50309 |
| Telephone:  515-254-1999 | Telephone: 515-283-3100 |
| Facsimile:  515-254-9923 | Facsimile: 515-283-8045 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2014, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Mitchell R. Kunert
Frances M. Haas
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309

ATTORNEYS FOR DEFENDANT

*/s/ Bethany Schemmel*